**STEWART LEE KARLIN LAW GROUP, P.C.**
**ATTORNEYS AT LAW**
**111 John Street, 22nd Floor**
**New York, New York 10038**
**(212) 792-9670/Office**
**(844) 636-1021/Fax**
slk@stewartkarlin.com

January 22, 2024

**Via E.C.F.**
Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:     Medina v. Elmont Union Free School District**
**          23-CV-01231 (JMA)(JMW)**

Dear Judge Azack:

We represent Plaintiff Ann Marie Medina in this matter and writing this letter to request that the matter be restored to the active docket.

The above referenced case was settled on December 4, 2023.  The Court issued an order of dismissal allowing the parties to restore the matter at the request of either party by January 12, 2024. Thereafter, the plaintiff requested with the consent of the Defendant until January 26, 2024 to be able to restore the matter which was granted.  Thus, the deadline to restore this case is currently January 26, 2024.  (Dkt 20)

The parties were trying to resolve one remaining issue in the case, however, regrettably the matter has not been able to be resolved.

Thus, the Plaintiff is requesting that the dismissal be vacated and that the case be restored to the active docket.

Thank you for your consideration in this matter.

Very truly yours,

STEWART LEE KARLIN

cc: Steven C. Stern. Esq (via ECF)