UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ANNMARIE MEDINA,

                    Plaintiff,

    -against-

ELMONT UNION FREE SCHOOL DISTRICT,

                    Defendant.
----------------------------------------------------------------X

**23-cv-01231 (JMA) (JMW)**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Annmarie Medina and Defendant Elmont Union Free School District, by and through their respective undersigned counsel, hereby stipulate and agree that all claims between the Parties, including those claims against Elmont Union Free School District, have been amicably resolved and this action shall be DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees, expenses and costs.

Dated: New York, New York
      March 15, 2024

_____
Steven C. Stern
Sokoloff Stern LLP
179 Westbury Avenue
New York, New York 10018
T:  (516) 334-4500

**ATTORNEYS FOR DEFENDANTS**

_____
Stewart Lee Karlin
Stewart Lee Karlin Law Group, P.C.
111 John Street, 22nd Floor
New York, NY 10038
T: 212-792-9670
F: 212-732-4443
Email: slk@stewartkarlin.com

**ATTORNEYS FOR PLAINTIFF**